```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
M.S. and E.L., each individually and on behalf             :
of A.L., a child with a disability,                        :
                                                           :
                                    Plaintiff              :      22-CV-0006 (VSB)
                                                           :
                     -against-                             :         ORDER
                                                           :
NEW YORK CITY                                              :
DEPARTMENT OF EDUCATION,                                   :
                                                           :
                                    Defendants.            :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  Pursuant to my order at Doc. 37, parties shall provide a status letter by June 15, 2023.

SO ORDERED.

Dated: June 9, 2023
    New York, New York

                    _____
                    Vernon S. Broderick
                    United States District Judge