

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

The parties are directed to provide the Court with a status update regarding the progress of settlement negotiations by March 1, 2024. The parties are advised that further extension requests are unlikely to be granted barring extenuating circumstances.

Dated: February 9, 2024

February 8, 2024

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007
New York, NY 10007

Re: *M.S. v. N.Y.C. Dep't of Education,* 22-cv-6 (VSB)(BCM)

Dear Judge Broderick:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Honorable Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*., as well as for this action.

I write to respectfully request that the filing deadline of the joint status letter—currently, February 9, 2024—be adjourned to March 1, 2024. Plaintiff consents to this request. Defendant apologizes for the tardiness of this request and any inconvenience to the Court. This is the first request to adjourn the joint status letter deadline. The requested adjournment is to allow the parties to make progress with settlement negotiations once Defendant possesses settlement authority.

Accordingly, Defendant respectfully requests that the joint status letter deadline be adjourned to March 1, 2024.

Thank you for considering this request.

Respectfully submitted,

/s/
Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc: Benjamin Kopp, Esq. (via ECF)