

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

The parties are directed to provide the Court with a status update by April 12, 2024.  The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 57.

Dated:  March 4, 2024

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007
New York, NY 10007

    Re:    *M.S. v. N.Y.C. Dep't of Education,* 22-cv-6 (VSB)(BCM)

Dear Judge Broderick:

    I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Honorable Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*., as well as for this action.

    The parties write jointly in accordance with Your Honor's February 11, 2024 Order (ECF No. 56).  This afternoon, Defendant made an initial offer to Plaintiff.  Defendant thus respectfully withdraws its request to adjourn the joint status letter deadline, and the parties request that they be allowed to submit a further joint letter on the status of settlement by April 12, 2024, so that Plaintiff has time to review the offer with counsel.

    Thank you for considering these requests.

    Respectfully submitted,

    /s/
Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc:    Benjamin Kopp, Esq. (via ECF)