UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

M.S. and E.L., individually and on behalf of A.L., a child with a disability,

                                          Plaintiffs,

– against –

New York City Department of Education,

                                          Defendant.

------------------------------------------------------------------X

**STIPULATION OF SETTLEMENT**

22-cv-00006 (MMG)(JLC)

        **WHEREAS** Plaintiffs, M.S. and E.L. ("Plaintiffs"), individually and on behalf of A.L., commenced administrative proceedings pursuant to the Individuals With Disabilities Education Act, 20 U.S.C. § 1400 *et seq.*, concerning A.L.'s 2017-18, 2018-19, 2019-20, 2020-21 and 2021-22 school years, which were designated Impartial Hearing ("IH") Case Nos. 181954, 184021, 195046 and 223539;

        **WHEREAS** after hearings on the merits, IH Officers issued decisions on February 4, 2020, August 12, 2020, October 10, 2021 and June 21, 2023 regarding IH Case Nos. 181954, 184021, 195046 and 223539, respectively;

        **WHEREAS** on January 3, 2022, Plaintiffs commenced this action against Defendant, New York City Department of Education ("Defendant") seeking attorneys' fees incurred in the administrative matters and this federal action;

        **WHEREAS** Defendant denies any and all liability arising out of Plaintiffs' allegations in this action; and

        **WHEREAS** Plaintiffs and Defendant (collectively, the "Parties") now desire to resolve the issues of attorneys' fees and related costs and expenses arising out of IH Case Nos. 181954, 184021, 195046 and 223539 and this federal action without further proceedings, on terms and conditions that are just and fair to the Parties.

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and

between the Parties, through the undersigned, as follows:

1. In consideration of payment of the sum set forth in paragraph "2" below, this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), without fees, costs, or expenses in excess of the amount specified in paragraph "2".

2. The City of New York shall pay EIGHTY TWO THOUSAND SIX HUNDRED DOLLARS AND ZERO CENTS ($82,600.00) in full satisfaction of all claims for attorneys' fees, costs, and expenses, incurred or accrued in connection with school years 2017-18, 2018-19, 2019-20, 2020-21 2021-22, including IH Case Nos. 181954, 184021, 195046 and 223539 and the instant federal action.

3. Payment of the amount specified in paragraph "2" will be made by check payable to Cuddy Law Firm, PLLC and mailed to Plaintiffs' attorneys, Cuddy Law Firm, PLLC, c/o Benjamin Kopp, Esq.

4. In consideration of the payment of the amount specified in paragraph "2," Plaintiffs and Cuddy Law Firm, PLLC, agree to the dismissal of all claims against Defendant, and to hereby release and discharge Defendant and the City of New York, and their successors and assigns, and all past and present officials, employees, departments, agencies, representatives, directors, and agents of the City of New York and Defendant from any and all liability, claims, and/or rights of action arising from or relating to any claims that Plaintiffs or Cuddy Law Firm, PLLC, may have for costs, expenses, and/or attorneys' fees incurred or accrued in connection with school years 2017-18, 2018-19, 2019-20, 2020-21 and 2021-22, including IH Case Nos. 181954, 184021, 195046 and 223539 and the instant federal action.

5. Upon execution of this Stipulation and Order, Plaintiffs and Cuddy Law Firm, PLLC, shall each execute separate Releases based upon the terms of paragraphs "2" through "4" above, Cuddy Law Firm, PLLC, shall complete a substitute W-9 form, and Cuddy Law Firm, PLLC, shall promptly provide these Releases and the substitute W-9 form to Defendant's undersigned counsel.

6. Payment of the amount specified in paragraph "2" is conditioned upon delivery of all documents reasonably necessary to effectuate this Stipulation and Order as described in paragraph "5".

7. The Parties agree that jurisdiction shall remain with this Court to enforce the terms

of this Stipulation of Settlement, provided that at least THIRTY (30) days prior to invoking the Court's jurisdiction under this paragraph, the moving Party's counsel shall: (i) provide written notice to opposing counsel of the specific nature of the issue and relief that would be sought; and (ii) meet and confer with opposing counsel with the good faith intent to provide reasonable time for the opposing Party to come into compliance without the Court's intervention. Plaintiff can apply to seek reasonable attorneys' fees, if any, necessary to obtain this Court's enforcement of this Stipulation of Settlement.

8. Nothing contained herein shall be deemed to be an admission by Defendant that it has in any manner or way violated either Plaintiffs' rights or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules, or regulations of the United States, the State of New York, the City of New York, or Defendant, or any other rule, regulation, or bylaw of any department or subdivision of the City of New York or Defendant.

9. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or Defendant.

10. This Stipulation and Order shall not be admissible in, nor is it related to, any other litigation, proceeding, or settlement negotiation, except as may be necessary to enforce its terms.

11. This Stipulation and Order contains all of the terms and conditions agreed upon by the Parties, and no oral agreement entered into at any time, nor any written agreement entered into prior to the execution of this Stipulation and Order, regarding the subject matter of the instant proceeding shall be deemed to exist, to bind the Parties hereto, or to vary the terms and conditions contained herein.

12. Nothing contained herein shall be deemed to be an agreement or admission by Defendant or the City of New York as to the reasonableness of the number of hours billed or the hourly rates claimed by Plaintiffs' counsel.

13. The Stipulation and Order is final and binding on all Parties, as well as their successors and assigns.

14. This document may be executed in subparts, and, whether or not it is executed in subparts, a signature received by facsimile or electronic mail shall have the same force and effect as an

original signature.

Dated:     New York, New York
           __May 16__, 2024


**Cuddy Law Firm, PLLC**  
*Attorney for Plaintiffs*  
5693 South Street Road  
Auburn, NY 13021  
(315) 370-4020  
BKopp@cuddylawfirm.com

**HON. SYLVIA O. HINDS-RADIX**  
Corporation Counsel of the City of New York  
*Attorney for Defendant*  
100 Church Street, 2nd Fl  
New York, New York 10007  
(917) 499-8632  
MNimmer@law.nyc.gov


By: _____  
    Benjamin Kopp, Esq.

By: _____  
    Martha Nimmer, Esq.

4